IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR. No. CR 05 69S

v. : In Violation Of 18 U.S.C. § 922(g)(1)

JOSE BURGOS :

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about February 10, 2005, in the District of Rhode Island, the defendant, JOSE BURGOS, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Beretta .380 Caliber semi-automatic pistol, Model 1934, serial number 744866, in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARKE CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

Kenneth P. Madden
KENNETH P. MADDEN
First Assistant U.S. Attorney

Dated: 6/8/05