**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-69S** **DATE: June 15, 2005**

**TITLE: USA v. Jose Burgos**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**
Peter Neronha, AUSA
Kevin Fitzgerald, Esq.
Heather McLoughlin, Pretrial Services

**PROCEEDINGS:**

Arraignment and Detention Hearing:

Court informs Deft of rights and charges.
Deft understands rights and charges.
Deft pleads not guilty.
Arraignment order entered.
Deft held by the State & INS detainer.
No bail argument.
Deft remanded to custody.