UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR05-69S** **July 19, 2005**

**TITLE: USA V. JOSE BURGOS**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 2:00 p.m. - 2:30 p.m.**

---

**COUNSEL PRESENT: Government: Peter Neronha, AUSA**
**Defendant: Kevin J. Fitzgerald, Esquire**
**Probation: [illegible]**

**<u>RE: Change of Plea Hearing</u>**

**<u>Proceedings:</u> All counsel of record present; Defendant present; Defendant sworn; waiver read; Government summarizes the terms of the Plea Agreement; Defendant agrees to the terms of the plea agreement; Government sets forth the facts and the elements of the case and what they could prove if this matter were to go to trial; Defendant agrees to the elements and the facts of the case; Defendant pleas guilty to Count I; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, October 7, 2005 at 9:30 a.m.; Defendant remanded into custody.**