**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR-05-69S** |
| | : | |
| | : | |
| | : | |
| **JOSE BURGOS** | : | |

**GOVERNMENT'S MOTION TO RESCHEDULE SENTENCING**

The United States moves to reschedule the sentencing in this matter, for the reasons set forth in the accompanying memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

PETER F. NERONHA
Assistant U.S. Attorney

Dated: September 20, 2005

Certificate of Service

I hereby certify that on the 20th day of September, 2005, a copy of the within "Government's Motion To Reschedule Sentencing" was mailed by first class mail to Kevin Fitzgerald, Assistant Federal Defender, 10 Weybosset Street, 3rd Floor, Providence, RI 02903.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
:
v. : CR-05-69S
:
:
JOSE BURGOS :

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF MOTION TO RESCHEDULE SENTENCING**

Sentencing in this case is presently scheduled for Friday, October 7, 2005, at 9:30 AM. The defendant has filed an objection to the Pre-Sentence Report raising purported constitutional issues. The government has filed a response, and to the government's knowledge, the matter is now ready for sentencing.

The government does not seek a continuance of the sentencing. Rather, the government requests that the sentencing be rescheduled to a date either before or after October 7, 2005, so as to permit the assigned Assistant United States Attorney, to represent the government at sentencing. The assigned AUSA will be out of the District on government business from October 4 through October 7, 2005.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

PETER F. NERONHA
Assistant U.S. Attorney

Dated: September 20, 2005

Certificate of Service

I hereby certify that on the 20th day of September, 2005, a copy of the within "Government's Memorandum In Support of Motion To Reschedule Sentencing" was mailed by first class mail to Kevin Fitzgerald, Assistant Federal Defender, 10 Weybosset Street, 3rd Floor, Providence, RI 02903.