**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CR-05-69S** |
| **JOSE BURGOS** | : | |

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**GOVERNMENT'S MOTION TO RESCHEDULE SENTENCING**

The United States moves to reschedule the sentencing in this matter, for the reasons set forth in the accompanying memorandum.

Granted
WDM, USDJ
9/22/05

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

PETER F. NERONHA
Assistant U.S. Attorney

Dated: September 20, 2005

Certificate of Service

I hereby certify that on the 20th day of September, 2005, a copy of the within "Government's Motion To Reschedule Sentencing" was mailed by first class mail to Kevin Fitzgerald, Assistant Federal Defender, 10 Weybosset Street, 3rd Floor, Providence, RI 02903.

Joan A. Maul