# *UNITED STATES DISTRICT COURT*

*for the*
*District of Rhode Island*

RECEIVED
OCT 1[illegible] 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

*Case No. Cr. 05-69S*

*To:* *Warden*
*ACI*
*Cranston, Rhode Island*

YOU ARE HEREBY COMMANDED, to have the body of JOSE BURGOS, by you restrained of his liberty, as it is said, by whatsoever means detained, together with the day and cause of his being detained, before the Honorable William E. Smith, Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at 10:30 o'clock a.m., on the 20th day of October, 2005, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
[illegible] before the court
[illegible]med defendant,
[illegible] time ordered.

Deputy U.S. [illegible]

**WITNESS the Honorable William E. Smith**

**United States Judge at Providence, RI**
**Dated: October 14, 2005.**

**David A. DiMarzio, Clerk**

**Sentencing**

**By** ______________________
**Alba-Sue Mercurio, Deputy Clerk**